No. 874. ASSINIBOINE INDIAN TRIBE *v.* UNITED STATES. See *ante,* p. 606.

No. 942. WAHLGREN *v.* BAUSCH & LOMB OPTICAL Co. ET AL. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Roy M. Wahlgren, pro se. Messrs. Silas H. Strawn* and *John D. Black* for respondents.

No. 1022. MILLEN *v.* CAPEN, SHERIFF. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. George Stanley Harvey* for petitioner. *Mr. Charles B. Rugg* for respondent.

No. 908. WALDEN, JUDGE, *v.* OKLAHOMA EX REL. SCHOOL DISTRICT No. 40, BRYAN COUNTY. May 7, 1934. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Mr. Guy. H. Sigler* for petitioner. *Mr. C. C. Hatchett* for respondent.

No. 915. CEDAR PARK CEMETERY ASSN., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. May 7, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. . *Mr. Leonard L. Cowan* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Lucius A. Buck,* and *H. Brian Holland* for respondent.